FIRST ITALIAN BUILDING AND LOAN ASSOCIATION, respondent,

*v.*

ROSINA M. DENISCIA et al., appellants.

[Argued December 2d, 1910.   Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens.

*Messrs. Riker & Riker,* for the respondent.

*Mr. William A. Lord,* for the appellants.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON—13.

*For reversal*—None.